| | |
|---|---|
| UNITED STATES DISTRICT COURT | : |
| FOR THE WESTERN DISTRICT OF NEW YORK | : |
| ------------------------------------------------------------- | : |
| NELSON NEGRON, | : |
| | : |
|                 Plaintiff, | : |
| | : |
|   -against- | : |
| | : |
| SGT 2000, INC., FRANZ JEAN and BERNARD LENARD, | : |
| | : |
|                 Defendants. | |
| ---------------------------------------------------------------------- x | |

## INDEX OF ATTACHMENTS TO NOTICE OF REMOVAL

Defendants, SGT 2000, INC., FRANZ JEAN and BERNARD LENARD, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, submits this Index to the Notice of Removal identifying all documents contained therein, in accordance with local rule 81(a)(3).

1. Exhibit "A" – Copy of the Summons & Complaint, filed with Niagara County Clerk's Office on June 4, 2021;
2. Exhibit "B" - Affidavit of Service on SGT 200, Inc.;
3. Exhibit "C" - Affidavit of Service on Franz Jean;
4. Exhibit "D" - Affidavit of Service on Bernard Loren;
5. Exhibit "E" - Affidavit of Regularity;
6. Exhibit "F" – Letters to Defendants;
7. Exhibit "G" – Signed Return Receipts;
8. Exhibit "H" – Answer to Complaint;
9. Exhibit "I" – Supplemental Demand; and
10. Exhibit "K" – Certificate of Service of Answer and Supplement Demand.

Dated: Albany, New York
       April 22, 2022

270325168v.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *Marc J. Kaim*
Marc J. Kaim, Esq.
Bar Roll No.: 516013
*Attorneys for Defendants*
*SGT 2000, Inc., Franz Jean, and*
*Bernard Loren*
200 Great Oaks, Suite 228
Albany, New York 12203
(518) 449-8893

270325168v.1