UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NELSON NEGRON,

                                Plaintiff,                **CERTIFICATE OF SERVICE**

  -against-                                                Case No.: 1:22-cv-00302

SGT 2000, INC. FRANZ JEAN and BERNARD LOREN,

                                Defendants.

_____

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF ALBANY      )

    I hereby certify that on April 22, 2022, I electronically filed the foregoing *Notice of Removal* with the Clerk of the United States District Court for the Western District of New York using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

| Michael J. Skoney, Esq. | mskoney@vclniagara.com |
|---|---|

DATED:    Albany, New York        **WILSON, ELSER, MOSKOWITZ, EDELMAN**
               April 22, 2022                 **& DICKER, LLP**

                                                               By: *s/Marc J. Kaim*
                                                              Marc J. Kaim, Esq.
                                                              Bar Roll No.: 516013
                                                              *Attorneys Defendants SGT 2000, Inc., Franz Jean and Bernard Loren*
                                                               200 Great Oaks Boulevard, Suite 228
                                                              Albany, New York 12203
                                                              Telephone: (518) 449-8893
                                                              Marc.Kaim@wilsonelser.com

266959850v.1