UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NELSON NEGRON,

                Plaintiff,

-against-

SGT 2000, INC. FRANZ JEAN and BERNARD LOREN,

                Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Case No: 1:22-cv-00302LJV

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the United States District Court for the Western District of New York, Defendant SGT 2000, Inc. ("Defendant"), by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP, submits the following Corporate Disclosure Statement:

Defendant SGT 2000, Inc is wholly owned by Gestion S.G.T. Inc, a Canadian Trucking Company.

Dated: May 5, 2022

                                                Yours, etc.,

                                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                  By: *Marc J. Kaim*
                                        MARC J. KAIM, ESQ.
                                        Bar Roll No.: 516013
                                        *Attorneys for Defendants*
                                        200 Great Oaks, Suite 228
                                        Albany, New York 12203
                                        (518) 449-8893
                                        Marc.Kaim@wilsonelser.com

TO:    Michael J. Skoney, Esq.
          VIOLA, CUMMINGS & LINDSAY, LLP
          *Attorneys for Plaintiff*
          770 Mail Street
          Niagara Falls, New York 14301
          (716) 285-9555
          mskoney@vclniagara.com